# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ISAAC WRIGHT**, *on behalf of himself and others similarly situated*, | : CIVIL ACTION NO. 4:16-CV-580 |
| **Plaintiff** | : (Chief Judge Conner) |
| v. | : |
| **CENERGY INTERNATIONAL SERVICES, LLC and SHELL OIL COMPANY**, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 6th day of June, 2016, upon consideration of the motion (Doc. 13) to transfer venue filed by defendant Cenergy International Services, LLC ("Cenergy"), wherein Cenergy seeks transfer of the above-captioned matter to the United States District Court for the Southern District of Texas pursuant to 28 U.S.C. § 1404(a), and further upon consideration of the notice (Doc. 17) filed by plaintiff Isaac Wright ("Wright"), wherein Wright indicates that he "does not oppose" the motion, and the court construing Wright's notice as his concurrence in Cenergy's motion, it is hereby ORDERED that:

1. The motion (Doc. 13) to transfer venue is GRANTED.

2. The Clerk of Court is directed to TRANSFER this matter to the United States District Court for the Southern District of Texas.

3. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania